# Exhibit A

**TABLE OF CONTENTS**

Page(s)

PRELIMINARY STATEMENT ..........................................................................................................1

STATEMENT OF FACTS ..................................................................................................................3

ARGUMENT ......................................................................................................................................7

I.    THE ASSERTED PATENTS CLAIM PATENT-ELIGIBLE SUBJECT MATTER ..............................................................................................................................8

    A.    The Asserted Patents Claim Patentable Subject Matter ..........................................9
    B.    The Asserted Patents Do Not Merely Claim Abstract Ideas .................................10

II.    THE COURT SHOULD CONSTRUE THE CLAIMS BEFORE CONSIDERING WHETHER THEY ARE INDEFINITE ..........................................16

III.    THE COMPLAINT ADEQUATELY PLEADS INFRINGEMENT .........................21

    A.    Plaintiffs' Allegations of Direct Infringement Are Plausible ...............................22
    B.    The Complaint Adequately Pleads Indirect Infringement ....................................25

        1.    Plaintiffs' Allegations that Dell Induced Infringement Are Plausible ..................................................................................................26
        2.    Plaintiffs' Allegations of Contributory Infringement Are Plausible ..........26

    C.    Plaintiffs' Allegations that Dell Willfully Infringed Their Patents Are Plausible .................................................................................................................27