UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

| | |
|---|---|
| AUDIO MPEG, INC., U.S. PHILIPS CORPORATION, ORANGE SA, TDF SAS, and INSTITUT FÜR RUNDFUNKTECHNIK GMBH,<br><br>    Plaintiffs<br>    Counterclaim<br>    Defendants,<br><br>  v.<br><br>HP INC.<br><br>    Defendant and<br>    Counterclaim Plaintiff,<br><br>  v.<br><br>SOCIETÀ ITALIANA PER LO SVILUPPO DELL'ELETTRONICA SPA and SISVEL US,<br><br>    Third-Party<br>    Defendants. | 2:15-cv-00073-MSD-RJK<br>(Lead Case) |
| AUDIO MPEG, INC., U.S. PHILIPS CORPORATION, TDF SAS, and INSTITUT FÜR RUNDFUNKTECHNIK GMBH,<br><br>    Plaintiffs and<br>    Counterclaim<br>    Defendants,<br><br>  v.<br><br>DELL INC.<br><br>    Defendant and<br>    Counterclaim Plaintiff,<br><br>  v.<br><br>SOCIETÀ ITALIANA PER LO SVILUPPO DELL'ELETTRONICA SPA,<br><br>    Third-Party<br>    Defendant. | 2:16-cv-00082-MSD-RJK<br>(Consolidated Case) |

**ORDER OF DISMISSAL**

The parties having stipulated to dismissal with prejudice of the above-captioned action, including all counterclaims and third-party claims, pursuant to Rule 41(a)(1)(A)(ii), the action is dismissed as follows, each party to bear its own costs.

All claims of the Plaintiffs and Counterclaim Defendant are hereby dismissed with prejudice; and

all counterclaims and third-party claims of the Defendant and Counterclaim Plaintiff are hereby dismissed with prejudice.

The Court shall retain jurisdiction for purposes of enforcing the settlement among the parties.

IT IS SO ORDERED.

/s/ MSD
Mark S. Davis
United States District Judge

The Honorable Mark S. Davis.
United States District Judge

Date: Dec. 29, 2017

<u>**WE ASK FOR THIS:**</u>

/s/Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Garrard R. Beeney (*pro hac vice*)
Marc De Leeuw (*pro hac vice*)
Matthew J. Porpora (*pro hac vice*)
Stephen J. Elliott (*pro hac vice*)
W. Rudolph Kleysteuber (*pro hac vice*)
Michael P. Devlin (*pro hac vice*)
Jamie L. Kringstein (*pro hac vice*)
SULLIVAN & CROMWELL LLP

-2-

608977006.1

125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
beeneyg@sullcrom.com
deleeuwm@sullcrom.com
porporam@sullcrom.com
elliotts@sullcrom.com
kleysteuberr@sullcrom.com
devlinm@sullcrom.com
kringsteinj@sullcrom.com

*Attorneys for Plaintiffs Audio MPEG, Inc.,
U.S. Philips Corp., TDF SAS, Institut für
Rundfunktechnik GmbH, and Società Italiana Per
Lo Sviluppo Dell'elettronica Spa*

*/s/Charles B. Molster, III*
Charles B. Molster
THE LAW OFFICES OF CHARLES B. MOLSTER, III PLLC
2141 Wisconsin Avenue, N.W., Suite M
Washington, DC 20007
Telephone: (703) 346-1505
cmolster@molsterlaw.com

John Thorne (*pro hac vice*)
K. Chris Todd (*pro hac vice*)
Aaron M. Panner (*pro hac vice*)
Joseph S. Hall (*pro hac vice*)
Derek T. Ho (*pro hac vice*)
Frederick G. Hall (*pro hac vice*)
Rachel Proctor May (*pro hac vice*)
KELLOGG HANSEN TODD FIGEL & FREDRICK PLLC
1615 M Street, NW, Suite 400.
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
jthorne@khhte.com
ctodd@khhte.com
apanner@khhte.com
jhall@khhte.com
dho@khhte.com
fhall@khhte.com
rmay@khhte.com

*Attorneys for Defendant Dell Inc.*

-3-

608977006.1